IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dwayne Cox,               ) | |
|                              ) | Civil Action No. 4:12-3098-TLW-TER |
|           Plaintiff,    ) | |
| v.                  ) | |
| South Carolina,             ) | |
|           Defendant.  ) | |

# ORDER

On October 26, 2012, the Plaintiff, Dwayne Cox ("Plaintiff"), proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the case be dismissed without prejudice and without issuance and service of process, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 DSC. (Doc. # 11). Plaintiff filed a timely Objection. (Doc. # 13). In conducting its review, the Court therefore applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections...The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of the standard set forth in Wallace, the Court has reviewed, de novo, the Report and the Objection. After careful review of the Report and objections thereto, the Court hereby **ACCEPTS** the Report. (Doc. # 11).  The case is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.


November 29, 2012                                                          s/Terry L. Wooten
Florence, South Carolina                                                 United States District Judge